FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:27 pm, Sep 21, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEFFREY HOWARD SHARPE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-27 |
| | * | |
| v. | * | |
| | * | |
| ANDREW SAUL, Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18. Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 19.

Plaintiff raises four objections, arguing the following conclusions by the Magistrate Judge are incorrect: (1) the ALJ properly evaluated Plaintiff's residual functional capacity for marked limitations; (2) the ALJ had good cause to give limited weight to Dr. Co's opinion; (3) the ALJ properly evaluated Plaintiff's subjective complaints; and (4) the ALJ properly evaluated lay witness testimony from Plaintiff's wife and daughter. Id. Plaintiff's Objections track his first three enumerated issues in his opening brief. Dkt. No. 13.

Plaintiff's Objections are responsive to the Report and Recommendation but are without merit. Plaintiff's Objections largely restate the arguments Plaintiff made in his opening brief and express dissatisfaction with the Magistrate Judge's application of controlling law to those issues. The Magistrate Judge fully considered and addressed each of these arguments in the Report and Recommendation. The Magistrate Judge correctly concluded the ALJ's determination that Plaintiff is not disabled within the meaning of the Social Security Act is supported by substantial evidence and that the ALJ applied the correct legal standards. Nothing in Plaintiff's Objections demonstrates the ALJ's conclusions were not supported by substantial evidence or that the ALJ applied an incorrect legal standard.

Moreover, Plaintiff's initial arguments and his Objections generally ask the Court to decide facts anew and reweigh the evidence before the ALJ, which the Court may not do. For example, Plaintiff argues the ALJ lacked good cause to give Dr. Co's opinion no weight. Dkt. No. 19, pp. 5-7. However, as the Magistrate Judge explained, substantial evidence supported the ALJ's decision to discredit Dr. Co's opinion and the Court must affirm an ALJ's decision that is supported by substantial evidence. Dkt. No. 18, pp. 16-17. Consequently, this Objection, as well as Plaintiff's other Objections, lack merit.

2

For these reasons, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of September, 2020.

_____
HON. LISA GODBEY WOOD, ~~JUDGE~~
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA