AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:29 am, Sep 22, 2020

JEFFREY HOWARD SHARPE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19-CV-27

ANDREW SAUL, Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated September 21, 2020; the Magistrate Judge's Report and Recommendations are ADOPTED as the Order of this Court, and the decision of the Commissioner is AFFIRMED. Judgment is hereby entered. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

September 21, 2020
Date

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03